IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lara, Armando

Printed: 2/5/08

Case Number: 04 B 00848
Judge: Wedoff, Eugene R
Filed: 1/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 10, 2008
Confirmed: March 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,225.00 |  |
| Secured: |  | 8,200.43 |
| Unsecured: |  | 10,159.31 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,287.00 |
| Trustee Fee: |  | 1,133.26 |
| Other Funds: |  | 445.00 |
| Totals: | 22,225.00 | 22,225.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 485.00 | 485.00 |
| 2. | MGM Law Offices | Administrative | 2,300.00 | 1,802.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Chase Cardmember Services | Secured | 0.00 | 0.00 |
| 5. | Key Bank USA National Association | Secured | 4,658.51 | 4,658.51 |
| 6. | New Falls Corporation | Secured | 3,541.92 | 3,541.92 |
| 7. | Chase Cardmember Services | Unsecured | 44.58 | 153.12 |
| 8. | General Motors Acceptance Corp | Unsecured | 1,841.10 | 6,323.05 |
| 9. | Wells Fargo Bank | Unsecured | 1,911.10 | 0.00 |
| 10. | Citicorp Mortgage Inc | Unsecured | 402.39 | 0.00 |
| 11. | New Falls Corporation | Unsecured | 305.37 | 1,048.76 |
| 12. | Resurgent Capital Services | Unsecured | 767.05 | 2,634.38 |
| 13. | Alarm One | Secured |  | No Claim Filed |
|  |  |  | $ 16,257.02 | $ 20,646.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 158.20 |
| 4% | 96.79 |
| 6.5% | 308.56 |
| 3% | 54.06 |
| 5.5% | 299.18 |
| 5% | 91.20 |
| 4.8% | 116.15 |
| 5.4% | 9.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Lara, Armando | Case Number:  04 B 00848 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/5/08 | Filed:  1/8/04 |

_____
$ 1,133.26

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____